1983 Form



# In the United States District Court
# For the Northern District of Alabama

Dewayne Darnell Foxx #286107

CV-16-HA-1960-W

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Willie Thomas, Warden I
Debra Toney, Warden II
Willie Bennett, Warden III
John Hutton, Captain

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): ___N/A___

      Defendant(s) ___N/A___

   2. Court (if Federal Court, name the district; if State Court, name the county)

      ___N/A___

   3. Docket Number ___N/A___

   4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Bibb Correctional Facility

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (X)   No ( )

   C. If your answer is YES:
      1. What steps did you take? I wrote a inmate grievance and dropped it in the assigned grievance box also marked Sgt. Sealy
      2. What was the result? No response

   D. If your answer is NO, explain why not? N/A

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Dewayne Darnell Foxx #286107

   Bibb Correctional Facility
   Address 565 Bibb Lane Brent Al 35034

-2-

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Willie Thomas

is employed as Warden I

at Bibb Correctional Facility, 565 Bibb Lane Brent, Al 35034

C. Additional Defendants Debra Toney, Warden II Bibb Correctional Facility
Willie Bennett, Warden III at Bibb Correctional Facility
John Hutton, Captain at Bibb Correctional Facility
Alabama Dept. of Corrections, Montgomery Al 36103

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I'm a Alabama state inmate who is currently incarcerated in Bibb Correctional Facility Brent, Al 35034. On November 8, 2016 at 5:15 PM I was attacked by another inmate Terrance Robinson B/#259983 with a homemade knife. I was stabbed 6-times and transported to Bibb Hospital. As of todays date 12-4-16 and 10-years back the Alabama Dept. of Corrections have/has been overcrowded and understaffed. Wardens Willie Thomas, Debra Toney, and Willie Bennet and even the head of security John Hutton Captain has and did continue to show a deliberate indifference while acting under the color of law to my safety and other prisoner's safety by thier negliance in running the Bibb Correctional Facility that was understaffed and they knowingly did not call in overtime

- 3 -

employee's to make sure there was a adequate amount of staff to guarantee my safety, and in their negligence did cause my injury. Plus I would like my mother to be the overseer. I continue to fear for my life and have nightmares while I try to sleep. (see) Exhibit #1

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want to be transferred to another facility where I don't fear for my life and I can get adequate Humane Mental Health Care treatment for the almost loss of my life. Plus I seek monetary damages for said injury that was caused by all defendants negligence in running their/this facility. Bibb Correctional I figure $75,000.00 or whatever this Honorable Court seems just and fit. (see) Exhibit #1

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/4/16__
(date)

_Twayne Cox 286107_
Signature(s)

- 4 -

Alabama Department of Corrections

DISC00.

## DISCIPLINARY REPORT

403A (1-4)

*Exhibit #1*

**Incident Report Number:** BCCF-16-02389

1. **Inmate:** FOXX, DEWAYNE DARNELL          **Custody:** MEDIUM          **AIS:** 00286107

2. **Institution:** BIBB COUNTY CORRECTIONAL FAC.          **Disc #:** BCCF-16-02389-2

3. **The above inmate is being charged by:** PARKER, JAMESON T

   **with a violation of the following Rule(s):**

   501 - Fighting without a weapon

   **From Administrative Regulation #403, which occured on or about:**

   Nov 8 2016 5:15PM at E-Dorm Bay 4

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**

   On November 8, 2016 inmate Dwayne Fox B/286107 was involved in a physical altercation with inmate Terrence Robinson B/259983 in E-Dorm Bay 4.

   | 11/08/2016 | PARKER, JAMESON T / Sergeant |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this __11__ day of __November__, 20__16__, at (time) __10:20__ ( am / pm ), I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | _[signature]_ | |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** _____   **YES:** _____
   
   Inmate's Signature                          Inmate's Signature

7. **If yes, list:**

   | AIS: | NAME: |
   |---|---|
   | AIS: | NAME: |
   | AIS: | NAME: |